# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LLOYD R. TILLET,

Plaintiff,

v.

MARTINEZ, *et al.*,

Defendants.

Case No. 1:25-cv-00996-KES-BAM (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

(ECF No. 18)

**THIRTY (30) DAY DEADLINE**

Plaintiff Lloyd R. Tillet ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2026, the Court screened Plaintiff's second amended complaint and issued findings and recommendations that recommended dismissal of this action for failure to state a cognizable claim upon which relief may be granted. (ECF No. 16.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. (*Id.*) On June 18, 2026, Plaintiff filed a notice of change of address. (ECF No. 17.) On June 22, 2026, the Court re-served the findings and recommendations on Plaintiff at his updated address. (*See generally* Docket.)

Currently before the Court is Plaintiff's motion requesting an extension of time to file objections to the findings and recommendations, filed on July 15, 2026. (ECF No. 18.) Plaintiff explains that he received the findings and recommendations after his relocation to Salinas Valley

State Prison. He indicates that law library access is defunct due to "arbitrary non-appearances of free staff who run the law library, and simply fail to show up." (*Id.* at 2.) Plaintiff wishes to object as allowed by the Court, but he needs research time and access to the law library. He therefore requests an extension of 14-30 days to file his objections, asserting 30 days would be ideal as he needs time to settle into his new environment and to acquire regular law library access. (*Id.* at 2-3.)

The Court finds good cause to grant Plaintiff's motion for an extension of time to file objections to the findings and recommendations. Fed. R. Civ. P. 6. Under the circumstances, the Court finds that an extension of thirty days is appropriate.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file objections to the findings and recommendations, (ECF No. 18), is GRANTED; and
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file his objections to the June 11, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated: **July 16, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE