UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD R. TILLET,<br>Plaintiff,<br>v.<br>MARTINEZ, *et al.*,<br>Defendants. | No. 1:25-cv-00996-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br>Doc. 16 |

Lloyd R. Tillet is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 11, 2026, the magistrate judge screened the second amended complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 16. The magistrate judge found Tillet failed to state a cognizable claim under § 1983 and recommended dismissal with prejudice. *Id.* at 3-6. The Court served the findings and recommendations on Tillet and informed him that any objections were due within 14 days. *Id.* at 6. The Court also advised that a failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Tillet filed a notice of change of address on June 18, 2026. Doc. 17. On June 22, 2026, the Court re-served the findings and recommendations on Tillet at his updated address. *See* docket. On July 16, 2026, the Court granted Tillet a 30-day extension of time to file objections to the findings and recommendations. Doc. 19. Despite the extension, Tillet did not file objections

and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on June 11, 2026 (Doc. 16) are ADOPTED in full.
2. This action is DISMISSED with prejudice for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 28, 2026

UNITED STATES DISTRICT JUDGE